**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:
MAHAMMAD QURESHI,   Case No. 11-29148-EPK
                    Chapter 11

    Debtor.
_____/

### DEBTOR'S EMERGENCY *EX-PARTE* MOTION TO VACATE DISMISSAL AND CORRECT FILING DEFICIENCIES

Debtor, Mahammad Qureshi (the "Debtor") by and through undersigned counsel files this Motion to Vacate Dismissal and Correct Filing Deficiencies and in support thereof states as follows:

1. On July 11, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor also filed his complete schedules in this case on August 12, 2011.

3. Inadvertently, the Certificate of Budget and Credit Counseling and Payment Advices were not filed with the court on the same date despite having already been prepared.

4. On August 15, 2011, undersigned counsel filed the Certification of Budget and Credit Counseling and Payment Advices.

5. Undersigned counsel respectfully requests the Court to reopen the Debtor's case as the delay in filing was not his fault.

6. The relief requested herein will not prejudice any creditor or party in interest in this case.

WHEREFORE, the Debtor requests that this Court enter an Order granting this case to be reopened and granting such other relief as this Court may deem just and proper.

Respectfully submitted,

**MARSHALL GRANT & DALEY, P.L**
Attorneys for Debtor
601 South Federal Highway, Suite 202
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  jgrant@mgdlawfirm.com


By:    /s/ Joe M. Grant
         JOE M. GRANT
         Florida Bar No. 137758


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of August, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

           /s/ Joe M. Grant
            JOE M. GRANT

# SERVICE LIST

**SERVED VIA CM/ECF NOTICE AND U.S. MAIL**

- Joe M. Grant, Esq.    jgrant@mgdlawfirm.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**SERVED VIA U.S. MAIL**

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

**Branch Banking & Trust Company**
c/o Kevin A. Reck
Foley& Lardner LLP
111 North Orange Ave., Ste. 1800
Orlando, FL 32801

**1st Ntnl. Bank of S. Florida**
c/o Brian P. Yates
9700 South Dixie Highway, Suite 1000
Miami, FL 33156

**Docuware Corporation**
356 Meadow Avenue
Newburgh, NY 12550-3038

**Ameriprise**
125 South West Ave.
Wilmington, DE 19801-5014

**Bac/Fleet-Bkcard**
200 Tournament Drive
Horsham, PA 19044-3606

**Amex**
P.O. Box 297871
Fort Lauderdale, FL 33329-1871

**Bank of America**
PO Box 1598
Norfolk, VA 23501-1598

**Amexdsnb**
9111 Duke Blvd.
Mason, OH 45040-8999

**Cap One**
PO Box 85520
Richmond, VA 23285-5520

**Bank of America**
PO Box 17054
Wilmington, DE 19850-7504

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

**Barclays Bank Delaware**
125 S West Street
Wilmington, DE 19801-5014

**Citi Cards**
PO Box 6497
Sioux Falls, SD 57117-6497

**Carolina First**
1225 Lady Street
Columbia, SC 29201-3347

**Colonial**
1 Commerce Street
Montgomery, AL 36104-3510

**Citi**
PO Box 6241
Sioux Falls, SD  57117-6241

**Citi Ctb**
PO Box 22066
Tempe, AZ  85285-2066

**Complete Collection SV**
4833 North Dixie Highway
Oakland Park, FL  33334-3928

**Fifth Third Bank**
c/o W. Glenn Jensen, Esq.
Roetzel & Andress, LPA
P.O. Box 6507
Orlando, FL 32802-6507

**Fleet CC**
PO Box 17054
Wilmington, DE 19850-7054

**GE Moneybank**
4246 South Riverbo, Suite 200
Salt Lake City, UT 84123-2582

**GEMB/City Furniture**
PO Box 981439
El Paso, TX 79998-1439

**GEMB/Walmart**
PO Box 981400
El Paso, TX 79998

**HSBC Bank**
PO Box 4622
Waterloo, IA 50704

**Kohls/Capone**
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

**MB Fin Svcs**
34655 Corporate Drive
Farmington Hills, MI 48331

**Nationstar Mortgage Ll**
350 Highland Drive
Lewisville, TX 75067

**Conseco**
1400 Turbine Drive
Rapid City, SD 57703-4719

**Discover Fin Svcs LLC**
PO Box 15316
Wilmington, DE 19850-5316

**First Southern Bank**
7301 W. Palmetto Park Road
Boca Raton, Florida 33433-3458

**Fifth Third Bank**
c/o Michael J. Katz, Esq.
Roetzel & Andress, LPA
P.O. Box 6507
Orlando, FL 32802

**First US Bank NA**
1001 Jefferson Plaza
Wilmington, DE 19801-1493

**FST USA BK B**
PO Box 8650
Wilmington, DE 19899-8650

**GEMB/Ashley City Furniture**
PO Box 981439
El Paso, TX 79998-1439

**GEMB/Gap**
PO Box 981400
El Paso, TX 79998

**GMAC Mortgage**
PO Box 4622
Waterloo, IA 50704

**HSBC/Ofmax**
POB 15521
Wilmington, DE 19805

**Loancare Servicing Ctr**
Interstate Corp Cntr Bldb
Norfolk, VA 23502

**Mcydsnb**
9111 Duke Blvd.
Mason, OH 45040

**Sterling Bank**
1189 Hypoluxo Road
Lantana, Florida 33462

**Onewest Bank**
6900 Beatrice Drive
Kalamzaoo, MI 49009

**Sun Trust Mortgage, Inc.**
c/o Nicole M. Mariani
P.O. Box 800
Tampa, FL 33601

**Suntrust Mortgate/Cc5**
1001 Semmes Ave.
Richmond, VA 23224

**Target N.B.**
PO Box 673
Minneapolis, MN 55440

**TD Bank**
250 Commonwealth Drive
Greenville, SC 29615

**Union Planters Natl Bank**
7130 Goodlett Farms Pkwy
Cordova, TN 38016

**WB/WF/ST**
PO Box 900001
Raleigh, NC 27675

**Wfhm/Gdw**
Loan Service Custo Po Box 659558
San Antonio, TX 78265

**Wfm/Wbm**
3480 Stateview Blvd Bldg
Fort Mill, SC 29715

**Wfnnb/Express**
4590 E. Broad Street
Columbus, OH 43213

**Wfnnb/Lane Bryant**
4590 E. Broad Street
Columbus, OH 43213

1.