```
                          United States Bankruptcy Court
                          Southern District of Florida
In re:                                                                   Case No. 11-29148-EPK
Mahammad A. Qureshi                                                      Chapter 11
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: delaran              Page 1 of 2                  Date Rcvd: Aug 19, 2011
                              Form ID: B9E               Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2011.
db           +Mahammad A. Qureshi,    21579 Cartegena Drive,   Boca Raton, FL 33428-2857
aty          +Adam D Marshall,   601 S Federal Hwy # 202,   Boca Raton, FL 33432-6008
aty          +Bertis A Echols,   88 Union Ave. #700,   Memphis, TN 38103-5128
aty          +Brian P Yates,   9700 S Dixie Hwy #1000,   Miami, FL 33156-2865
aty          +Joe M Lozano, Esq.,   9441 LBJ Freeway #350,   Dallas, TX 75243-4652
aty          +Joe M. Grant,   601 S. Federal Hwy #202,   Boca Raton, FL 33432-6008
aty          +Kevin A Reck, Esq.,   111 N Orange Ave #1800,   POB 2193,   Orlando, FL 32802-2193
aty          +Marta Suarez-Murias,   1209 N. Olive Avenue,   West Palm Beach, FL 33401-3515
aty          +Mychal J Katz,   POB 6507,   Orlando, FL 32802-6507
aty          +Nicole M Mariani,   POB 800,   Tampa, FL 33601-0800
cr           +1st National Bank of South Florida,    c/o Brian P. Yates, Esq.,    Sapurstein & Bloch, P.A.,
               9700 South Dixie Highway,    Suite 1000,   Miami, FL 33156-2865
cr           +Branch Banking & Trust Company,    c/o Kevin A. Reck,   Foley & Lardner LLP,
               111 N. Orange Ave., Ste. 1800,   Orlando, FL 32801-2386
cr            Fifth Third Bank,    c/o W. Glenn Jensen, Esq.,   Roetzel & Andress, LPA,    P.O. Box 6507,
               Orlando, FL 32802-6507
cr           +First State Bank of Arcadia,   North Arcadia Office,    400 N. Brevard Avenue,
               Arcadia, FL 34266-4504
cr           +Mercedes-Benz Financial Services USA, LLC,    c/o Bert Echols,   88 Union Ave #700,
               Memphis, TN 38103-5128
cr           +Wauchula State Bank,   106 East Main Street,   P. O. Box 248,   Wauchula, FL 33873-0248
89470569      1st Sta Ar,   Hwy 17,   Arcadia, FL 34265
89470570     +Ameriprise,   125 South West Ave,   Wilmington, DE 19801-5014
89470573     +Amexdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
89470579     +Carolina First,   1225 Lady St,   Columbia, SC 29201-3347
89470584     +Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
89470585     +Colonial,   1 Commerce Street,   Montgomery, AL 36104-3510
89470586     +Complete Collection Sv,   4833 N Dixie Hwy,   Oakland Park, FL 33334-3928
89470587     +Conseco,   1400 Turbine Drive,   Rapid City, SD 57703-4719
89524161     +Fifth Third Bank,   W Glenn Jensen, Esq.,   Roetzel & Andress,    POB 6507,
               Orlando, FL 32802-6507
89470592     +First Southern Bank,   7301 W Palmetto Park Rd,   Boca Raton, FL 33433-3455
89470596     +Ge Moneybank,   4246 South Riverbo Suite 200,   Salt Lake City, UT 84123-2582
89470601     +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
89470605      Loancare Servicing Ctr,   Interstate Corp Cntr Bld,   Norfolk, VA 23502
89470606     +Mb Fin Svcs,   36455 Corporate Dr,   Farmington Hills, MI 48331-3552
89554943      Mercedes-Benz Financial Services Americas LLC,   Trustee Payments,   P. O. Box 17496,
               Baltimore, MD 21297-1496
89502218     +Nationstar Mortgage,   PO BOX 829009,   Dallas, TX 75382-9009
89470608     +Nationstar Mortgage Ll,   350 Highland Dr,   Lewisville, TX 75067-4177
89470609     +Onewest Bank,   6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
89470610     +Sterling Bank,   1189 Hypoluxo Rd,   Lantana, FL 33462-4221
89574828     +Suntrust Mortgage, Inc.,   c/o Nicole M. Mariani,   POB 800,   Tampa, FL 33601-0800
89470611     +Suntrust Mortgage/Cc 5,   1001 Semmes Ave,   Richmond, VA 23224-2245
89470613     +Td Bank,   250 Commonwealth Dr,   Greenville, SC 29615-4846
89470614     +Union Planters Natl Ba,   7130 Goodlett Farms Pkwy,   Cordova, TN 38016-4991
89470615     +Wb/Wf/St,   Po Box 900001,   Raleigh, NC 27675-9001
89470616     +Wfhm/Gdw,   Loan Service Custo Po Box 659558,   San Antonio, TX 78265-9558
89470617     +Wfm/Wbm,   3480 Stateview Blvd Bldg,   Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: FLDEPREV.COM Aug 20 2011 02:33:00   Florida Department of Revenue,    POB 6668,
               Bankruptcy Division,   Tallahassee, FL 32314-6668
smg           EDI: IRS.COM Aug 20 2011 02:33:00   IRS,   POB 7346,   Philadelphia, PA 19101-7346
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Aug 20 2011 02:42:58    Office of the US Trustee,
               51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
89470571     +EDI: AMEREXPR.COM Aug 20 2011 02:33:00    Amex,   Po Box 297871,
               Fort Lauderdale, FL 33329-7871
89470574     +EDI: BANKAMER2.COM Aug 20 2011 02:33:00    Bac/Fleet-Bkcard,   200 Tournament Dr,
               Horsham, PA 19044-3606
89470575     +EDI: BANKAMER2.COM Aug 20 2011 02:33:00    Bank Of America,   Po Box 1598,
               Norfolk, VA 23501-1598
89470576     +EDI: TSYS2.COM Aug 20 2011 02:33:00    Barclays Bank Delaware,   125 S West St,
               Wilmington, DE 19801-5014
89470577     +EDI: BANKAMER2.COM Aug 20 2011 02:33:00    Bk Of Amer,   Po Box 17054,
               Wilmington, DE 19850-7054
89470578      EDI: CAPITALONE.COM Aug 20 2011 02:33:00    Cap One,   Po Box 85520,   Richmond, VA 23285
89470580     +EDI: CHASE.COM Aug 20 2011 02:33:00    Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
89470582     +EDI: CITICORP.COM Aug 20 2011 02:33:00    Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
89470583     +EDI: CITICORP.COM Aug 20 2011 02:33:00    Citi Cards,   Po Box 6497,
               Sioux Falls, SD 57117-6497
89470588     +EDI: CREDPROT.COM Aug 20 2011 02:33:00    Credit Protection Asso,   13355 Noel Rd Ste 2100,
               Dallas, TX 75240-6837
89470589     +EDI: RMSC.COM Aug 20 2011 02:33:00   Cty Frn/Gemb,   Po Box 981439,   El Paso, TX 79998-1439
```

```
District/off: 113C-9           User: delaran              Page 2 of 2                   Date Rcvd: Aug 19, 2011
                               Form ID: B9E               Total Noticed: 72

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
89470590     +EDI: DISCOVER.COM Aug 20 2011 02:33:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
89470591     +EDI: BANKAMER2.COM Aug 20 2011 02:33:00     Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
89470593     +EDI: CHASE.COM Aug 20 2011 02:33:00         First Usa Bank N A,    1001 Jefferson Plaza,
               Wilmington, DE 19801-1447
89470594     +EDI: BANKAMER2.COM Aug 20 2011 02:33:00     Fleet Cc,    Po Box 17054,    Wilmington, DE 19850-7054
89470595     +EDI: CHASE.COM Aug 20 2011 02:33:00         Fst Usa Bk B,    Po Box 8650,    Wilmington, DE 19899-8650
89470597     +EDI: RMSC.COM Aug 20 2011 02:33:00          Gemb/Ashley City Furni,    Po Box 981439,
               El Paso, TX 79998-1439
89470598     +EDI: RMSC.COM Aug 20 2011 02:33:00          Gemb/City Furn,    Po Box 981439,    El Paso, TX 79998-1439
89470599     +EDI: RMSC.COM Aug 20 2011 02:33:00          Gemb/Gap,    Po Box 981400,    El Paso, TX 79998-1400
89470600     +EDI: RMSC.COM Aug 20 2011 02:33:00          Gemb/Walmart,    Po Box 981400,    El Paso, TX 79998-1400
89470602     +EDI: HFC.COM Aug 20 2011 02:33:00           Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
89470603     +EDI: HFC.COM Aug 20 2011 02:33:00           Hsbc/Ofmax,    Pob 15521,    Wilmington, DE 19850-5521
89470604     +EDI: CBSKOHLS.COM Aug 20 2011 02:33:00      Kohls/Capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
89470607     +EDI: TSYS2.COM Aug 20 2011 02:33:00         Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
89470612     +EDI: WTRRNBANK.COM Aug 20 2011 02:33:00     Target N.B.,    Po Box 673,
               Minneapolis, MN 55440-0673
89470618     +EDI: WFNNB.COM Aug 20 2011 02:33:00         Wfnnb/Express,    4590 E Broad St,
               Columbus, OH 43213-1301
89470619     +EDI: WFNNB.COM Aug 20 2011 02:33:00         Wfnnb/Lane Bryant,    4590 E Broad St,
               Columbus, OH 43213-1301
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Nationstar Mortgage,   PO Box 829009,   Dallas, TX  75382-9009
cr*          +SunTrust Mortgage, Inc.,   c/o Nicole M Mariani,   P.O. Box 800,    Tampa, FL 33601-0800
89470572*     Amex,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
89470581*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2011**                     **Signature:**    *Joseph Speetjens*

**FORM B9E** (Chapter 11 Individual or Joint Debtor Case) (8/1/11)          Case Number **11−29148−EPK**

# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 7/10/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.
**NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.**

### See Reverse Side For Important Explanations and SDFL Local Court Requirements.

**Debtor(s) name(s) and address(es)** (for names include married, maiden and trade used by the debtor(s) in the last 8 years):
Mahammad A. Qureshi
21579 Cartegena Drive
Boca Raton, FL 33428

| **Case Number:**<br>11−29148−EPK | **Last four digits of Social−Security or Individual Taxpayer−ID (ITIN) No(s)./Complete EIN:** xxx−xx−2221 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Joe M. Grant<br>601 S. Federal Hwy #202<br>Boca Raton, FL 33432<br>**Telephone number:** (561) 672−7580 | **Bankruptcy Trustee (name and address):**<br>Not Applicable |

## MEETING OF CREDITORS
Date: **September 14, 2011**         Time: **11:30 AM**
Location: **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401**

Note: Debtors must bring original government−issued photo identification and proof of the social security number (or, if applicable, Tax ID) to this meeting.
**WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre−bankruptcy certification of credit counseling or file wage documentation.**

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **12/13/11**     For a governmental unit: **, or as provided by 11 USC Sec. 502(b)(9), whichever is later.**

**Creditor with a Foreign Address**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 11/14/2011**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of the confirmation hearing date will be provided by separate order.

**Deadline to Object to Exemptions:**
Thirty days after the *conclusion* of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401<br>Telephone: 561−514−4100 | |
|---|---|
| **Hours Open:** Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Katherine Gould Feldman<br>**For:** Judge Erik P. Kimball<br>**Date:** 8/19/11 |

## EXPLANATIONS  FORM B9E (8/1/11)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, (or the existing case under another chapter has been converted to chapter 11). Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government–issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, or you might not be paid any money on your claim against the debtor in the bankruptcy case and may be unable to vote on a plan. However, if this is a converted case, all claims filed under the initial chapter shall be deemed filed and need not to be refiled. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Claims not filed via CM/ECF can be filed at any bankruptcy clerk's office location using the claim form provided with this notice. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope. As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov. The deadline for filing objections to claims will be established pursuant to Local Rule 3007–1(B)(1). **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. Prior to receiving a discharge, the debtor must file and serve the Local Form "Debtor's Statement Re 11 U.S.C. Section 522(q)(1) Applicability, etc., and Notice of Deadline to Object", as required under Local Rule 4004–3(A)(9). |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office. Documents may be viewed in electronic format at any clerk's office public terminal (no charge for viewing) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536–5979 or (800)473–0226. |

## EXPLANATIONS (CONTINUED)  FORM B9E (8/1/11)

| | |
|---|---|
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

.

Case 11-29148-EPK    Doc 53    Filed 08/21/11    Page 6 of 8

.

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Mahammad A. Qureshi | Case Number: 11-29148 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**        $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
    (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

    **3a. Debtor may have scheduled account as:** _____
        (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    **Nature of property or right of setoff:**    ☐ Real Estate        ☐ Motor Vehicle        ☐ Other
    **Describe:**

    **Value of Property: $**_____ **Annual Interest Rate**\_\_\_**%**

    **Amount of arrearage and other charges as of time case filed included in secured claim,**

    **if any: $**_____ **Basis for perfection:** _____

    **Amount of Secured Claim: $**_____    **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(\_\_).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **MAIL CLAIM TO:**<br><br>U.S. Bankruptcy Court<br>1515 North Flager Drive<br>Suite 801<br>West Palm Beach, FL 33401 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.