United States Bankruptcy Court
Southern District of Florida

In re:                                                                Case No. 11-29148-EPK
Mahammad A. Qureshi                                                   Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9         User: montygier        Page 1 of 2         Date Rcvd: May 06, 2013
                             Form ID: pdf004        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2013.
         +Manuel Farach,   250 Australian Ave S #1504,   West Palm Beach, FL 33401-5016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 113C-9           User: montygier             Page 2 of 2               Date Rcvd: May 06, 2013
                               Form ID: pdf004             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2013 at the address(es) listed below:

  Aaron P. Honaker, Esq.   on behalf of Creditor    First Southern Bank honaker@salazarjackson.com, dominguez@salazarjackson.com,lee-sin@salazarjackson.com
  Adam D. Marshall, Esq.   on behalf of Debtor Mahammad A. Qureshi AMarshall@MarshallGrant.com, efile@marshallgrant.com
  Andrew V Layden   on behalf of Creditor    Fifth Third Bank alayden@bakerlaw.com, OrlBakerDocket@bakerlaw.com;jdriggers@bakerlaw.com
  Bertis A Echols   on behalf of Creditor    Mercedes-Benz Financial Services USA, LLC bechols@evanspetree.com, bert.echols@thehalelawgroup.com;belvert@evanspetree.com
  Brian P Yates   on behalf of Creditor    1st National Bank of South Florida general@sblawfirmfl.com, mmartin@gsarlaw.com;bplasencia@gsarlaw.com
  Bruce E Bloch, Esq   on behalf of Creditor    1st National Bank of South Florida general@sblawfirmfl.com, bbloch@sblawfirmfl.com
  Carol A. Lawson   on behalf of Creditor    OneWest Bank, FSB calh@gate.net
  Heidi A Feinman   on behalf of U.S. Trustee    Office of the US Trustee Heidi.A.Feinman@usdoj.gov
  Joe M Lozano, Esq   on behalf of Creditor    Nationstar Mortgage notice@bvwlaw.com
  Joe M. Grant, Esq.   on behalf of Debtor Mahammad A. Qureshi jgrant@marshallgrant.com, efile@marshallgrant.com
  Kathleen S McLeroy, Esq   on behalf of Creditor    Giant Oil, Inc. kmcleroy@carltonfields.com, nkapadia@carltonfields.com
  Kevin A Comer   on behalf of Creditor    Nationstar Mortgage bkfiling@consuegralaw.com
  Kevin A Comer   on behalf of Creditor    Nationstar Mortgage, LLC bkfiling@consuegralaw.com
  Kevin A Reck, Esq   on behalf of Creditor    Branch Banking & Trust Company kreck@foley.com, khall@foley.com
  Larry M Foyle, Esq   on behalf of Creditor    SunTrust Mortgage, Inc. bankruptcynotices@kasslaw.com
  Lawrence E Pecan   on behalf of Debtor Mahammad A. Qureshi lpecan@marshallgrant.com, efile@marshallgrant.com
  Luis  Salazar, Esq.   on behalf of Creditor    First Southern Bank salazar@salazarjackson.com, jackson@salazarjackson.com;aguilar@salazarjackson.com;dominguez@salazarjackson.com;Lee-Sin@SalazarJackson.com
  Manuel  Farach, Esq.   on behalf of Interested Party    Adam Kristol and Marcus & Millichap mfarach@richmangreer.com, cfeld@richmangreer.com
  Mark J Wolfson, Esq   on behalf of Creditor    Fifth Third Bank mwolfson@foley.com, jhayes@foley.com;KCavanaugh@foley.com
  Marta  Suarez-Murias   on behalf of Creditor    Wauchula State Bank msuarez-murias@blesmlaw.com, sweser@blesmlaw.com
  Marta  Suarez-Murias   on behalf of Creditor    First State Bank of Arcadia msuarez-murias@blesmlaw.com, sweser@blesmlaw.com
  Michael J Scaglione   on behalf of Interested Party    Nemesis of L.I. Corp mscaglione@sqblaw.com, christina@sqlaw.com
  Michelle Garcia Gilbert   on behalf of Creditor    OneWest Bank, FSB mgilbert@gilbertgrouplaw.com, tbaron@gilbertgroupLaw.com;clawson@gilbertgrouplaw.com
  Mychal J Katz   on behalf of Creditor    Fifth Third Bank mkatz@ralaw.com
  Nicole M Grimal   on behalf of Creditor    Capital Bank, N.A. ng@ecclegal.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;ecala@ecclegal.com;jbetancourt@ecclegal.com
  Nicole M Mariani   on behalf of Creditor    SunTrust Mortgage, Inc. bankruptcynotices@kasslaw.com
  Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
  Richard B. Storfer, Esq.   on behalf of Creditor    TM Debt Acquisition, LLC rstorfer@rprslaw.com
  Robert P. Charbonneau, Esq.   on behalf of Creditor    Capital Bank, N.A. rpc@ecccounsel.com, nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com

                                     TOTAL: 29



**ORDERED in the Southern District of Florida on May 6, 2013.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

*In re:*                            §       Case No. 11-29148-EPK
                                    §       Chapter 11
MAHAMMAD A. QURESHI,                §
                                    §
*Debtor.*                           §
_____/

**ORDER GRANTING RICHMAN GREER, P.A.'S MOTION TO WITHDRAW
AS COUNSEL OF RECORD AND TO BE REMOVED FROM MAILING MATRIX**

THIS CAUSE came before the Court on Richman Greer, P.A.'s Motion to Withdraw as Counsel of Record for Adam Kristol ("Kristol") and Marcus & Millichap Real Estate Investment Services of Florida, Inc. ("Marcus & Millichap") (collectively "Creditors") (the "Motion"). The Court, having reviewed the applicable filings, and being otherwise duly advised in the premises, does hereby

ORDER as follows:

1. The Motion is GRANTED.

2. Richman Greer, P.A. and Manuel Farach, Esquire, shall no longer be counsel of record for Adam Kristol ("Kristol") and Marcus & Millichap Real Estate Investment Services of Florida, Inc. ("Marcus & Millichap").

3. The Clerk of the Court is directed to remove Richman Greer, P.A. and Manuel Farach, Esquire, from the Mailing Matrix effective immediately.

4. All future correspondences/mail should be directed to:

Paul Mudrich
Marcus & Millichap
2626 Hanover Street
Palo Alto, CA  94304

###

Submitted by:

Manuel Farach, Esquire
Florida Bar No. 612138
mfarach@richmangreer.com
Richman Greer P.A.
250 Australian Ave. South, Ste. 1504
West Palm Beach, FL 33401
Telephone: (561) 803-3500
Facsimile: (561) 820-1608

**Manuel Farach, Esq. shall serve copies of this Order on all interested parties and file a certificate of service.**