UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No.: 11-29148-EPK

MAHAMMAD A. QURESHI,                          Chapter 11

      Debtor.
_____/

### FIFTH THIRD BANK'S OBJECTION TO APPROVAL OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT

Fifth Third Bank ("Fifth Third") hereby objects to approval of the Debtor's Second Amended Disclosure Statement (Doc. No. 286) ("Second Amended Disclosure Statement") because it fails to fully disclose the Debtor's assets or income, and in support thereof, states as follows:

1. Fifth Third hereby incorporates by reference its previously-filed Objection to Approval of Debtor's Amended Disclosure Statement (Doc. No. 277) (the "Objection"), as if fully set forth herein.

2. Fifth Third believes the Second Amended Disclosure Statement fails to materially address the concerns set forth in Objection. For example, the Debtor's liquidation analysis – other than valuing the majority of the Debtor's interest in the Qureshi Entities (as defined in the Objection) at $0.00 – fails to provide sufficient information regarding the value of the Qureshi Entities to enable creditors to cast an informed vote regarding the Second Amended Plan (Doc. No. 287).

3. Additionally, Fifth Third is concerned by the substantial changes to the Debtor's projected income and expenses made in the Second Amended Disclosure Statement. The Debtor's financial projections attached to the Amended Plan (Doc. No. 265, Ex. 1) reflected that

1

the Debtor anticipated receiving a total of $1,114,919 in distributions from the Qureshi Entities over the five (5) year duration of the plan. Thereafter, Fifth Third filed its Objection because the Amended Plan proposed to devote less than all of the Debtor's disposable income to pay creditors. *See* 11 U.S.C. § 1129(a)(15). Approximately three (3) weeks after Fifth Third's Objection, the Debtor filed the Second Amended Disclosure Statement reflecting that the Debtor's projected income was revised down by a total of approximately $80,000 over the duration of the plan (Doc. No. 286, Ex. 1). In contrast, the Debtor's expenses were revised up. The Debtor's projected mortgage/rent expense was essentially doubled from approximately $15,000 per year to $30,000 per year, and an entirely new expense of $12,500 per year for "education" was added. Because the Second Amended Disclosure Statement fails to adequately explain the reason for the revisions and given the short period of time that elapsed between the Debtors Amended and Second Amended Plans, Fifth Third is concerned that there are no legitimate explanations for the significant revisions to the Debtor's anticipated income and expenses.

WHEREFORE, Fifth Third respectfully requests that the Court enter an order: (i) sustaining this objection; (ii) denying approval of the Debtor's Second Amended Disclosure Statement (Doc. No. 286); and (iii) granting all additional relief that is appropriate under the

2

circumstances.

      Respectfully submitted this 9th day of May, 2013.

**I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).**

*/s/ Andrew Layden*
Andrew V. Layden, Esq.
Florida Bar No.: 86070
BAKER & HOSTETLER LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com
*Attorneys for Fifth Third Bank*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 9, 2013, a true and correct copy of the FIFTH THIRD BANK'S OBJECTION TO APPROVAL OF DEBTOR'S SECOND AMENDED DISCLOSURE STATEMENT, has been furnished via electronic transmission using the Court's CM/ECF System to all parties requesting such notice, and / or by U.S. First Class postage prepaid mail to the following: Mahammad A. Qureshi, 21579 Cartegena Drive, Boca Raton, Florida 33428; Adam D. Marshall, Esq., 197 S Federal Highway, #300, Boca Raton, Florida 33432; Joe M. Grant, Esq., 197 S. Federal Highway, #300, Boca Raton, Florida 33432; U.S. Trustee, Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, Florida 33130; and Heidi A Feinman, Office of the US Trustee, 51 SW 1 Ave., #1204, Miami, Florida 33130.

*/s/ Andrew Layden*
Andrew V. Layden, Esq.