UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

MAHAMMAD QURESHI.                    Case No. 11-29148-EPK
                                     Chapter 11
         Debtor.
_____/

**EXPEDITED MOTION OF DEBTOR PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019
FOR AN ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT
BETWEEN AFRIDI INVESTMENTS, L.P. ("LENDER"), SUPER STOP 407, INC.,
MAHAMMAD A. QURESHI, AND DENISE STORMONT F/K/A DENISE QURESHI**

**EXPEDITED HEARING REQUESTED PURSUANT TO LOCAL RULE
9013-1(F)**

**The Debtor, Mahammad Qureshi, respectfully requests expedited consideration of this matter. The Debtor seeks Court approval of a settlement agreement. The Debtor believes the settlement is in the best interests of the estate and greatly benefits the plan formulation and confirmation process. The Debtor respectfully requests that the Court schedule a hearing prior to June 30, 2013 in order to comply with the proposed settlement agreement. The Debtor further requests that the Court waive the provision of Local Rule 9075-1(B), as an affirmative statement that a *bona fide* effort to resolve this matter between the parties prior to Court involvement is inapplicable in the matter at hand.**

Mahammad Qureshi, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") hereby moves this Court (the "Motion") pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order Approving Compromise and Settlement Agreement Between Afridi Investments, L.P. ("Lender"), Super Stop 407, Inc. ("Super Stop"), the Debtor, and Denise Stormont f/k/a Denise Qureshi and Shortening Time. In support of the Motion, the Debtor respectfully represents as follows:

1. On July 10, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"). The Debtor is continuing in possession of his property and is managing his businesses, as debtor in possession, pursuant to sections 1107 and 1108 of the Bankruptcy Code.

2. No statutory committee, trustee or examiner has been requested or appointed in the chapter 11 case.

3. Debtor and Lender have entered into the settlement agreement attached hereto as Exhibit "A", which requires this motion to be filed and heard prior to June 30, 2013. The time may be shortened under Bankruptcy Rule 9006(c).

4. The settlement basically allows Super Stop 407, Inc., an entity in which the Debtor does not hold an interest, until September 15, 2013 to redeem its property by paying the Lender. The Lender, in an abundance of caution, requests that the Debtor affirm that he has no interest in Super Stop 407, Inc., which is undisputedly true. In exchange, the Lender will withdraw any objection it may have to the confirmation of the Debtor's Plan of Reorganization.

5. The Court has broad discretion to approve a settlement or compromise, and it should do so unless the proposed settlement falls below the lowest point in the range of reasonableness. *In re BiCoastal Corp.,* 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993); *In re Arrow Air, Inc.*, 85 B.R. 886, 891 (Bankr. S.D. Fla. 1988). The 11th Circuit Court of Appeals has set forth the following factors that must be considered in determining whether to approve a settlement or compromise: (a) The probability of success in the litigation; (b) the difficulties, if any, to be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; (d) the paramount interest of

the creditors and a proper deference to their reasonable views in the premises. *Wallace v. Justice Oaks II, Ltd. (In re Justice Oaks II, Ltd.)*, 898 F.2d 1544, 1549 (11th Cir. 1990).

6. When considering these factors, the Court must not actually decide the merits of the claims that are compromised, but should assess the probability of the success of such claims to evaluate whether a proposed settlement is fair and equitable. *In re S & I Inv.*, 421 B.R. 569, 584 (Bankr. S.D. Fla. 2009).

7. The parties have engaged in arms-length and good faith negotiations to resolve the issue and believe, in their sound business judgments, that settlement is in each party's best interest. The Debtor believes that the Settlement is fair and equitable and is in the best interests of the Debtor's estate and creditors.

8. The Settlement Agreement avoids the risk, delay and expense of what would be possibly be legally and factually complex litigation, while the cost to the Debtor is nominal, if there is even any cost at all. As in any such litigation, if not settled, resolution of the issue could become protracted and labor-intensive. The Settlement overwhelmingly satisfies the *Justice Oaks* standard above.

Wherefore Debtor moves that time be shortened to allow a hearing by June 30, 2013 and that the court approve the settlement.

Respectfully submitted,

**MARSHALL GRANT, P.L.**
Counsel for the Debtor and Debtor in Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@marshallgrant.com


By:   /s/ Lawrence E. Pecan
        LAWRENCE E. PECAN
        Florida Bar No. 99086
        JOE M. GRANT
        Florida Bar No. 137758
        ADAM D. MARSHALL
        Florida Bar No. 579823

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of May, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Lawrence E. Pecan
LAWRENCE E. PECAN

**SERVICE LIST**

**SERVED VIA CM/ECF NOTICE**

- Adam D. Marshall    amarshall@marshallgrant.com
- Joe M. Grant    jgrant@marshallgrant.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bruce E. Bloch, Esq.    general@sblawfirmfl.com
- Brian P. Yates, Esq.    byates@sblawfirmfl.com
- Robert P. Charbonneau, Esq.    rpc@ecccounsel.com
- Bertis A. Echols, Esq.    bechols@evanspetree.com
- Manuel Farach, Esq.    mfarach@richmangreer.com
- Nicole M. Grimal, Esq.    ng@ecclegal.com
- Mychal J. Katz, Esq.    mkatz@ralaw.com
- Glenn Jensen, Esq.    gjensen@ralaw.com
- Andrew V. Layden, Esq.    alayden@bakerlaw.com
- Joe M. Lozano, Esq.    notice@bvwlaw.com
- Nicole M. Mariani, Esq.    bankruptcynotices@kasslaw.com
- Kathleen S. McLeroy, Esq.    kmcleroy@carltonfields.com
- Kevin A. Reck, Esq.    kreck@foley.com
- Luis Salazar, Esq.    luis.salazar@izhmlaw.com
- Richard B. Storfer, Esq.    rstorfer@rprslaw.com
- Marta Suarz-Murias, Esq.    msuarez-murias@blesmlaw.com
- Mark J. Wolfson, Esq.    mwolfson@foley.com

**SERVED VIA US MAIL**

| | |
|---|---|
| **Office of the US Trustee**<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | **Branch Banking & Trust Company**<br>c/o Kevin A. Reck<br>Foley& Lardner LLP<br>111 North Orange Ave., Ste. 1800<br>Orlando, FL 32801 |
| **1st Ntnl. Bank of S. Florida**<br>c/o Brian P. Yates<br>9700 South Dixie Highway, Suite 1000<br>Miami, FL 33156 | **Docuware Corporation**<br>356 Meadow Avenue<br>Newburgh, NY 12550-3038 |
| **Ameriprise**<br>125 South West Ave.<br>Wilmington, DE 19801-5014 | **American Express**<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 |
| **American Express**<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-1871 | **Bank of America**<br>PO Box 17054<br>Wilmington, DE 19850-7504 |
| **Barclays Bank Delaware**<br>125 S West Street<br>Wilmington, DE 19801-5014 | **Boca Petroleum**<br>c/o James V. Facciolo, III<br>211 SW 2nd St., Suite H<br>Fort Lauderdale, FL 33301 |
| **Citi**<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | **Chase**<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 |
| **Citi Ctb**<br>PO Box 22066<br>Tempe, AZ 85285-2066 | **Citi Cards**<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 |
| **Complete Collection SV**<br>4833 North Dixie Highway<br>Oakland Park, FL 33334-3928 | **Conseco**<br>1400 Turbine Drive<br>Rapid City, SD 57703-4719 |
| **Cty Frn/Gemb**<br>PO Box 981439<br>El Paso, TZ 79998-1439 | **Discover Fin Svcs LLC**<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| **Fifth Third Bank**<br>c/o W. Glenn Jensen, Esq.<br>Roetzel & Andress, LPA<br>P.O. Box 6507<br>Orlando, FL 32802-6507 | **Fifth Third Bank**<br>c/o Michael J. Katz, Esq.<br>Roetzel & Andress, LPA<br>P.O. Box 6507<br>Orlando, FL 32802 |

**Fleet CC**
PO Box 17054
Wilmington, DE 19850-7054

**First Southern Bank**
7301 W. Palmetto Park Road
Boca Raton, Florida 33433-3458

**City Furniture**
PO Box 981439
El Paso, TX 79998-1439

**Ashley City Furniture**
PO Box 981439
El Paso, TX 79998-1439

**Walmart**
PO Box 981400
El Paso, TX 79998

**Gap**
PO Box 981400
El Paso, TX 79998

**HSBC Bank**
PO Box 4622
Waterloo, IA 50704

**GMAC Mortgage**
PO Box 4622
Waterloo, IA 50704

**Kohls**
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

**Macy's**
9111 Duke Blvd.
Mason, OH 45040

**MB Fin Services**
34655 Corporate Drive
Farmington Hills, MI 48331

**Onewest Bank**
6900 Beatrice Drive
Kalamzaoo, MI 49009

**Nationstar Mortgage**
350 Highland Drive
Lewisville, TX 75067

**First Southern Bank**
c/o Mark S. Schecter
100 N. East 3rd Ave., Suite 620
Fort Lauderdale, FL 33301

**Kathleen S. McLeroy**
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida 33607

**First Southern Bank**
900 N. Federal Highway
Boca Raton, FL 33432

**Sterling Bank**
1189 Hypoluxo Road
Lantana, Florida 33462

**GMAQ, LLC**
c/o Scott J. Weiselberg
200 SW 1st Ave., Floor 12
Fort Lauderdale, FL 3301

**Sun Trust Mortgage, Inc.**
c/o Nicole M. Mariani
P.O. Box 800
Tampa, FL 33601

**Suntrust Mortgage**
1001 Semmes Ave.
Richmond, VA 23224

**Target N.B.**
PO Box 673
Minneapolis, MN 55440

**TD Bank**
6000 Atrium Way
Mt. Laurel, NJ 08054

**Union Planters Natl Bank**
7130 Goodlett Farms Pkwy
Cordova, TN 38016

**Wfm/Wbm**
3480 Stateview Blvd Bldg
Fort Mill, SC 29715

**Wfhm/Gdw**
Loan Service Custo Po Box 659558
San Antonio, TX 78265

**Lane Bryant**
4590 E. Broad Street
Columbus, OH 43213

**Express**
4590 E. Broad Street
Columbus, OH 43213