UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

MAHAMMAD QURESHI,                              Case No. 11-29148-EPK
    Debtor.                                            Chapter 11
_____/

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *Notice of Hearing (Re: Expedited Motion to Compromise Controversy with Afridi Investments, L.P., Super Stop 407, Inc.) [D.E. 299]* was served on all parties listed on the attached Service List, and in the manner indicated on March 31, 2013.

    Respectfully submitted,

    **MARSHALL GRANT, P.L.**
    Counsel for the Debtor and Debtor in Possession
    197 South Federal Highway, Suite 300
    Boca Raton, Florida 33432
    Telephone No. 561.672.7580
    Facsimile No. 561.672.7581
    Email: jgrant@marshallgrant.com

    By:   /s/ Joe M. Grant
          Joe M. Grant
          Florida Bar No. 137758
          Adam D. Marshall
          Florida Bar No. 579823

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE**

- Adam D. Marshall — amarshall@marshallgrant.com
- Joe M. Grant — jgrant@marshallgrant.com
- Office of the US Trustee — USTPRegion21.MM.ECF@usdoj.gov
- Bruce E. Bloch, Esq. — general@sblawfirmfl.com
- Brian P. Yates, Esq. — byates@sblawfirmfl.com
- Robert P. Charbonneau, Esq. — rpc@ecccounsel.com
- Bertis A. Echols, Esq. — bechols@evanspetree.com
- Manuel Farach, Esq. — mfarach@richmangreer.com
- Nicole M. Grimal, Esq. — ng@ecclegal.com
- Mychal J. Katz, Esq. — mkatz@ralaw.com
- Glenn Jensen, Esq. — gjensen@ralaw.com
- Andrew V. Layden, Esq. — alayden@bakerlaw.com
- Joe M. Lozano, Esq. — notice@bvwlaw.com
- Nicole M. Mariani, Esq. — bankruptcynotices@kasslaw.com
- Kathleen S. McLeroy, Esq. — kmcleroy@carltonfields.com
- Kevin A. Reck, Esq. — kreck@foley.com
- Luis Salazar, Esq. — luis.salazar@izhmlaw.com
- Richard B. Storfer, Esq. — rstorfer@rprslaw.com
- Marta Suarz-Murias, Esq. — msuarez-murias@blesmlaw.com
- Mark J. Wolfson, Esq. — mwolfson@foley.com

**SERVED VIA U.S. MAIL**

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Ameriprise**
125 South West Ave.
Wilmington, DE 19801-5014

**American Express**
P.O. Box 297871
Fort Lauderdale, FL 33329-1871

**Barclays Bank Delaware**
125 S West Street
Wilmington, DE 19801-5014

**Citi**
PO Box 6241
Sioux Falls, SD 57117-6241

**Citi Ctb**
PO Box 22066
Tempe, AZ 85285-2066

**Citi Cards**
PO Box 6497
Sioux Falls, SD 57117-6497

**Complete Collection SV**
4833 North Dixie Highway
Oakland Park, FL 33334-3928

**Credit Protection Assoc.**
13355 Noel Rd., Suite 2100
Dallas, TX 75240

**Cty Frn/Gemb**
PO Box 981439
El Paso, TZ 79998-1439

**Fleet CC**
PO Box 17054
Wilmington, DE 19850-7054

**American Express Bank**
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355

**American Express**
9111 Duke Blvd.
Mason, OH 45040-8999

**Bank of America**
PO Box 17054
Wilmington, DE 19850-7504

**Docuware Corporation**
356 Meadow Avenue
Newburgh, NY 12550-3038

**Boca Petroleum**
c/o James V. Facciolo, III
211 SW 2nd St., Suite H
Fort Lauderdale, FL 33301

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

**Conseco**
1400 Turbine Drive
Rapid City, SD 57703-4719

**Discover Fin Svcs LLC**
PO Box 15316
Wilmington, DE 19850-5316

**Fia Csna**
P.O. Box 17054
Wilmington, DE 19850

**Ashley City Furniture**
PO Box 981439
El Paso, TX 79998-1439

**Gap**
PO Box 981400
El Paso, TX 79998

3

**Florida Dept. of Revenue, Bk. Sec.**
P.O. Box 6668
Tallahassee, FL 32314

**Internal Revenue Service**
P.O. Box 7346
Philadelphia PA 19101

**George A. Bavelis**
c/o Richard K. Stovall, Esq.
17 S. High Street, #1220
Columbus, OH 43215

**Heartland Bank**
David A. Skrobot, Esq.
471 East Broad Street, #1810
Columbus, OH 43215

**City Furniture**
PO Box 981439
El Paso, TX 79998-1439

**GMAC Mortgage**
PO Box 4622
Waterloo, IA 50704

**Walmart**
PO Box 981400
El Paso, TX 79998

**HSBC Bank**
P.O. Box 5253
Carol Stream, IL 60197

**HSBC Bank**
PO Box 4622
Waterloo, IA 50704

**Macy's**
9111 Duke Blvd.
Mason, OH 45040

**Kohls**
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051

**Onewest Bank**
6900 Beatrice Drive
Kalamzaoo, MI 49009

**Sterling Bank**
1189 Hypoluxo Road
Lantana, Florida 33462

**GMAQ, LLC**
c/o Scott J. Weiselberg
200 SW 1st Ave., Floor 12
Fort Lauderdale, FL 33301

**Target N.B.**
PO Box 673
Minneapolis, MN 55440

**TD Bank**
6000 Atrium Way
Mt. Laurel, NJ 08054

**Union Planters Nat'l Bank**
7130 Goodlett Farms Pkwy
Cordova, TN 38016

**Wfm/Wbm**
3480 Stateview Blvd Bldg
Fort Mill, SC 29715

**Wfhm/Gdw**
Loan Service Custo Po Box 659558
San Antonio, TX 78265

**Lane Bryant**
4590 E. Broad Street
Columbus, OH 43213

**Express**
4590 E. Broad Street
Columbus, OH 43213