UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re ) CASE NO. 11-29148-EPK
) CHAPTER 11
MAHAMMAD QURESHI )
)
)
_____Debtor_____ )

### CONFIRMATION AFFIDAVIT OF MAHAMMAD QURESHI

STATE OF FLORIDA )
) ss:
COUNTY OF )

Mahammad Qureshi, being duly sworn, hereby deposes and says:

1. My name is Mahammad Qureshi. I am over 21 years of age and fully competent to make this declaration. Unless otherwise stated, I have personal knowledge of the facts set forth in this affidavit.

2. I am the Debtor in this case.

3. I make this declaration in support of the confirmation of my second amended plan of reorganization (the "Plan").

4. My principal business is the management of the various entities in which I hold an interest, which are principally engaged in the management of real estate holdings.

5. I am familiar with my financial affairs..

6. I am also familiar with and participated in, the negotiations leading to, and the terms and conditions of the Plan, the second amended disclosure statement (the "Disclosure Statement"), and the documents related thereto. More specifically, I supervised the preparation of financial projections and the liquidation analysis contained in these documents and I reviewed them for accuracy and completeness.

7. The Plan includes the following principal features: the Class 2 Secured Creditor,

Mercedes Benz, will be impaired by adjusting the interest rate, duration, and/or balance of the existing note, and will receive $534.00 per month. Class 3 unsecured claims will receive their pro rata share of equal monthly payments from the pot of $60,000.00 per year, with an additional payment of $24,000.00 at the end of the fifth year, funded by Mr. Qureshi's income. Class 3 claims include, but are not limited to, Mr. Qureshi's personal guaranties on the debts of the entities in which he holds an interest.

8. Through the Plan, I will be able to restructure my debt and pay all of my disposable income ($324,000.00) into the Plan over five years.

Liquidation Analysis

9. As set forth in the analysis contained in the disclosure statement, a liquidation would result in approximately $216,934.06 of value for distribution to the my unsecured creditors.

10. The methodology I used in preparing or supervising the preparation of the liquidation analysis included valuation of the various entities in which I hold an interest by compiling a list of their assets and liabilities, and adjusting the value of the entities to reflect a distressed sale price. Other than the value of the underlying assets and liabilities of these entities, they have no liquidation value as going concerns, as most of any such value is in the good will of the business and would be lost if it were sold to and managed by a different individual.

Feasibility

11. The Plan is feasible because my income, projected on a most-probable basis, will provide sufficient funds make the periodic payments due under the Plan.

12. I believe I will be able to meet all of my obligations under the plan. In particular:

    a. Assuming the effective date of the plan is July 11, 2013, I will have sufficient cash available to make all payments required to be made on such date. Such funds will be derived from income generated through the management of the various entities in which I hold an interest.

    b.    Based on the projections, I will be in compliance with all the financial covenants under any of the various agreements to which I am a party.

    c.    Based on the projections, I will be able to meet all payment obligations required by the plan.

**RONIT T DERY**
MY COMMISSION # EE224713
EXPIRES August 13, 2016
(871) 398-0153   FloridaNotaryService.com

_____
Mahammad Qureshi

Sworn to and Subscribed
before me on  7/8/13                .

_____
NOTARY PUBLIC

Broward county Florida
Mahammad Qureshi is personally known to me.