UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re | ) CASE NO. 11-29148-EPK |
|  | ) CHAPTER 11 |
| MAHAMMAD QURESHI | ) |
| Debtor | ) |

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF PLAN,
REPORT ON AMOUNT TO BE DEPOSITED,
CERTIFICATE OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

The undersigned attorney for the Debtor certifies the following:

1. I have examined the court files in this proceeding, particularly as to claims, schedules and ballots filed.

2. A total of nine ballots were filed on or before the deadline date of July 4, 2013, set by court order [ECF No. 301]. Exhibit A is a summary of ballots submitted by class. Exhibit B is a list of all ballots filed. Class 1 is unimpaired and a ballot was not required.

3. Exhibit C lists each creditor to be paid pursuant to the plan. Exhibit D lists disputed, contingent or unliquidated claims included in Exhibit C.

4. All fees required by 28 U.S.C. §1930 have been paid.

Respectfully submitted,

**MARSHALL GRANT, P.L.**
Counsel for the Debtor and Debtor in Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@marshallgrant.com

By:   /s/ Lawrence E. Pecan
        LAWRENCE E. PECAN
        Florida Bar No. 99086
        JOE M. GRANT
        Florida Bar No. 137758
        ADAM D. MARSHALL
        Florida Bar No. 579823

## EXHIBIT A SUMMARY OF BALLOTS

CLASS: 2

| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $44,894.52 | % of total = 100% |
| Total Rejections in Dollar Amount | $0.00 | % of total = 0% |
| Total # of Acceptances Filed | 1 | % of total = 100% |
| Total # of Rejections Filed | 0 | % of total = 0% |

CLASS: 3

| | | |
|---|---|---|
| Total Acceptances in Dollar Amount | $ 22,364,329.42 | % of total = 69% |
| Total Rejections in Dollar Amount | $ 9,818,272.14 | % of total = 31% |
| Total # of Acceptances Filed | 1 | % of total = 13% |
| Total # of Rejections Filed | 7 | % of total = 83% |

**EXHIBIT   B   LIST OF ALL BALLOTS FILED**

| Creditor | Class | Allowed Claim Amount | Vote |
|---|---|---|---|
| Mercedes Benz | 2 | $44,894.52 | Accept |
| American Express | 3 | $13,005.00 | Reject |
| American Express | 3 | $38,276.85 | Reject |
| American Express | 3 | $125.62 | Reject |
| First Southern Bank | 3 | $3,644,492.63 | Reject |
| TM Debt Acquisition | 3 | $1,800,581.56 | Reject |
| Fifth Third Bank | 3 | $4,060,482.29 | Reject |
| BB&T | 3 | $22,364,329.42 | Accept |
| Heartland Bank | 3 | $261,308.19 | Reject |

**EXHIBIT C   LIST OF CREDITORS TO BE PAID PURSUANT TO THE PLAN**

The following is a list of creditors as provided for by the plan under consideration.  These creditors are indicated by class and amount as scheduled or claimed.  The dividend to be paid pursuant to the plan is indicated. These amounts are expected to change, as many of the creditors to be paid are expected to amend their proofs of claim to reflect smaller amounts, due to expected payment in full or in part, under the plan of reorganization in the "Corporate Cases," case no. 11-25671-EPK.

Class 2 – Total Payments: $534.00 per month to Mercedes Benz
Class 3 – Total First Dividend Payment $5,000.00

| Name | Scheduled amount | Proof Of claim amount | Allowed Unsecured amount | Current Estimated first dividend payment |
|---|---|---|---|---|
| Fifth Third Bank | $ 1,151,078.31 | $ 7,337,278.29 | $ 7,337,278.29 | $ 888.61 |
| 1st National Bank of South Florida | $ 3,460,727.00 | $ 3,462,964.09 | $ 3,462,964.09 | $ 419.39 |
| Nationstar | $ 406,246.39 | | $ 1.00 | $ 0.00 |
| BB&T | $ 15,650,037.35 | $ 40,021,896.01 | $ 22,364,329.94 | $ 2,708.51 |
| Adam Kristol | | $ 74,906.57 | $ 74,906.57 | $ 9.07 |
| Marcus and Milichap | | $ 74,906.57 | $ 74,906.57 | $ 9.07 |
| Capital Bank | | $ 690,418.36 | $ 690,418.36 | $ 83.62 |
| TM Debt Acquisitions | | | $ 1,875,659.30 | $ 227.16 |
| First Southern Bank | Unk | $ 5,520,151.93 | $ 3,644,492.63 | $ 441.38 |
| American Express | $ 9,143.00 | $ 51,407.47 | $ 51,407.47 | $ 6.23 |
| BNK Real Estate, LLC | $ 30,000.00 | | $ 30,000.00 | $ 3.63 |
| Complete Collection Services | $ 274.00 | | $ 274.00 | $ 0.03 |
| Credit Protection Association | $ 180.00 | | $ 180.00 | $ 0.02 |
| Florida Department of Revenue | | $ 25,610.50 | $ 12,805.25 | $ 1.55 |
| Heartland Bank | $ - | $ 261,308.19 | $ 261,308.19 | $ 31.65 |
| HSBC Bank | $ 2,199.00 | | $ 2,199.00 | $ 0.27 |
| Macy's | $ 277.00 | | $ 277.00 | $ 0.03 |
| NAFH | $ 161,208.83 | | $ 161,208.83 | $ 19.52 |
| TD Bank/Mercantile | $ 565,000.00 | $ 1,240,698.04 | $ 1,240,698.04 | $ 150.26 |

**EXHIBIT   D    LIST OF DISPUTED, CONTINGENT OR UNLIQUIDATED CLAIMS**

The only remaining disputed contingent, or unliquidated claim is that of George Bavelis, claim number 21-1. Bavelis scheduled his claim for an "unknown and unliquidated" amount. The matter is currently pending before the Bankruptcy Court for the Eastern District of Ohio as an adversary proceeding, where the Debtor has disputed the allegations in the verified complaint.