UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                          Case No: 11-29148-EPK

MAHAMMAD A. QURESHI                              Chapter 11

      Debtor.

_____/

## AGREED EX-PARTE MOTION TO CONTINUE HEARINGS

TM Debt Acquisition, LLC ("TM Debt"), assignee of a portion of a claim of First Southern Bank, with the agreement of Mahammad A. Qureshi (the "Debtor") and Creditor, First Southern Bank ("First Southern Bank") (collectively, the "Parties") respectfully request that the Court continue the hearings set for January 16th on: 1) *Motion of TM Debt Acquisition, LLC for Appointment of a Chapter 11 Trustee, or Alternatively, Motion to Convert Case* (ECF No. 359); and, 2) *First Southern Bank's Motion (I) To Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. §1104(A); or, in the Alternative, (II) To Convert Debtor's Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(B)* (ECF No. 362), and as grounds therefore state:

     1.     Undersigned counsel will be out of the State and unavailable on January 16, 2014.

     2.     The Parties have conferred and are in agreement with a continuance of the hearings requested herein and will upload an order with agreeable dates, among counsel, based upon the availability of the Court.

WHEREFORE, TM Debt, with the agreement of the Debtor and First Southern Bank request that the Court grant a continuance of the hearings set for January 16, 2014 on: 1) *Motion of TM Debt Acquisition, LLC for Appointment of a Chapter 11 Trustee, or Alternatively, Motion to Convert Case* (ECF No. 359); and, 2) *First Southern Bank's Motion (I) To Appoint Chapter 11*

*Trustee Pursuant to 11 U.S.C. §1104(A); or, in the Alternative, (II) To Convert Debtor's Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(B)* (ECF No. 362), in the above captioned cases, and grant such other relief proper under the circumstances.

RICE PUGATCH ROBINSON & SCHILLER, P.A.
*Attorneys for TM Debt Acquisition, LLC*
101 NE 3rd Ave., Suite 1800
Fort Lauderdale, FL 33301
Telephone:      (954) 462-8000
Facsimile:      (954) 462-4300

By:     /s/ Craig A. Pugatch
         CRAIG A. PUGATCH
         Florida Bar No.: 653381
         GEORGE L. ZINKLER, III
         Florida Bar No.: 586986

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to all parties receiving service by this method on this 6th day of January, 2014.

/s Craig A. Pugatch
CRAIG A. PUGATCH

J:\WPDocs\4938 TM Debt\Motion to Continue Hearings.docx

# PROPOSED ORDER

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                        Case No: 11-29148-EPK

MAHAMMAD A. QURESHI             Chapter 11

       Debtor.

_____/

### ORDER GRANTING AGREED EX-PARTE MOTION TO CONTINUE HEARING

THIS MATTER came before the Court without a hearing upon TM Debt Acquisition, LLC ("TM Debt"), assignee of a portion of a claim of First Southern Bank, Agreed *Ex Parte* Motion to Continue Hearing (the "**Motion to Continue**") [ECF No. ____] to continue the hearings set on: 1) *Motion of TM Debt Acquisition, LLC for Appointment of a Chapter 11 Trustee, or Alternatively, Motion to Convert Case* (ECF No. 359); and, 2) *First Southern Bank's Motion (I) To Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. §1104(A); or, in the Alternative, (II) To Convert Debtor's Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(B)* (ECF No. 362), set for January 16, 2014. The Court, having reviewed the Motion to Continue, and the file, having been advised of the agreement of the parties to continue the matter, and being otherwise fully advised in

the Premises, finds it appropriate to grant the Motion to Continue.  Therefore, it is

      **ORDERED** as follows:

    1.     The Motion to Continue is **GRANTED**.

    2.     The hearings on: 1) *Motion of TM Debt Acquisition, LLC for Appointment of a Chapter 11 Trustee, or, Alternatively, Motion to Convert Case* (ECF No. 359); and, 2) *First Southern Bank's Motion (I) To Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. §1104(A); or, in the Alternative, (II) To Convert Debtor's Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(B)* (ECF No. 362), currently set for January 16, 2014, at 1:30 p.m., are continued to _____, 2014 at _____a.m./p.m. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Dr. Room 801, Courtroom B, West Palm Beach, FL 33401.

# # #

Submitted by:
CRAIG A. PUGATCH, ESQ.
capugatch@rprslaw.com
RICE PUGATCH ROBINSON & SCHILLER, P.A.
Counsel for the Petitioning Creditors
101 N.E. 3rd Avenue, Suite 1800
Fort Lauderdale, Florida 3301
Telephone:  (954) 462-8000

Attorney Pugatch shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).