

ORDERED in the Southern District of Florida on January 20, 2014.

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  Case No. 11-29148-EPK

MAHAMMAD A. QURESHI,  Chapter 11

    Debtor.
_____/

ORDER (I) SETTING HEARING ON CONFIRMATION OF PLAN;
(II) SETTING HEARING ON FEE APPLICATIONS;
(III) DESCRIBING VARIOUS DEADLINES; AND
(IV) DESCRIBING DEBTOR'S OBLIGATIONS

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

March 4, 2014 at 9:30 a.m.

LOCATION:
United States Bankruptcy Court
Courtroom B, 8th Floor
1515 North Flagler Drive
West Palm Beach, Florida 33401

DEBTOR'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT(S):

February 2, 2014

DEADLINE FOR FILING OBJECTIONS TO CLAIMS:

February 18, 2014

DEADLINE FOR FILING FEE APPLICATIONS:

February 18, 2014

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

February 25, 2014

DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION:

March 1, 2014

DEADLINE FOR DEBTOR TO FILE
REPORT OF PLAN PROPONENT(S) AND CONFIRMATION AFFIDAVIT:

March 1, 2014

DEADLINE FOR INDIVIDUAL DEBTOR(S) TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

March 1, 2014

With the Court having considered the Disclosure Statement, the Plan, and the record in this case, it is **ORDERED AND ADJUDGED**, and notice is hereby given, that:

    A.    **DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN**

The last day for filing written acceptances or rejections of the Plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN."

    B.    **OBLIGATIONS OF DEBTOR**

(1)    On or before the date indicated above as "DEADLINE FOR DEBTOR TO SERVE THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT(S)" the Debtor shall serve a copy of this Order, the approved Disclosure Statement, and the Plan on all

2

creditors, all equity security holders, the United States Trustee and all other parties in interest, as required by the Bankruptcy Rules (including without limitation those entities described in Bankruptcy Rule 3017(f)) and the Local Rules (including without limitation those listed on the "Master Service List" if required to be filed pursuant to Local Rule 2002-1(H)).  At the time of serving this Order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," customized as required by Local Rule 3018-1 or otherwise pursuant to order of this Court, shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the Plan.

(2) On or before 5:00 p.m. on the date indicated above as "DEADLINE FOR DEBTOR TO FILE REPORT OF PLAN PROPONENT AND CONFIRMATION AFFIDAVIT," the Debtor shall file with the Court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit."  The "Confirmation Affidavit" shall set forth the facts upon which the Debtor will rely to satisfy each of the requirements of 11 U.S.C. § 1129.  The "Confirmation Affidavit" should be prepared so that by reading it the Court can easily understand the significant terms of the Plan and other material facts relating to confirmation of the Plan.  The individual executing the "Confirmation Affidavit" shall be present at the Confirmation Hearing.

(3) If the Debtor does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the Confirmation Hearing, without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the Plan.  At the Confirmation Hearing, the Court may also consider dismissal or conversion for other cause shown at the request of any party in interest or on the Court's own motion.

**C.    HEARING CONFIRMATION OF PLAN**

The hearing on confirmation of the Plan has been set for the date and time indicated above as "CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS".  The Confirmation Hearing may be continued to a future date or dates by notice given in open court at the initial Confirmation Hearing or at any continuance thereof.

**D.    DEADLINE FOR FILING OF OBJECTIONS TO CONFIRMATION OF PLAN**

The last day for filing and serving objections to confirmation of the Plan is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION."

**E.    DEADLINE FOR FILING OBJECTIONS TO CLAIMS**

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CLAIMS."   All objections to claims must be filed before this date unless the deadline is extended by other or further order of this Court.

**F.    DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS**

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FILING FEE APPLICATIONS."  All prospective applicants for

compensation, including attorneys, accountants, and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through the date of the Confirmation Hearing. At or prior to the Confirmation Hearing, each applicant must file a supplement with documentation supporting the estimated time and costs. Fee applications shall be timely filed with the Court and served (with all exhibits including documentation of estimated time) on (i) the Debtor; (ii) all committees; (iii) any chapter 11 trustee or examiner; and (iv) the United States Trustee.

Fee applications will be heard at the Confirmation Hearing.

**G.** **DEADLINE FOR INDIVIDUAL DEBTOR(S) TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS"**

Each individual Debtor shall file, on or before the date indicated above as "DEADLINE FOR INDIVIDUAL DEBTOR(S) TO FILE 'CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS'," the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns."

###

**Copy to:** Debtor(s) by Clerk of U.S. Bankruptcy Court